**Gray & Associates, L.L.P.**
ATTORNEYS AT LAW
16345 West Glendale Drive
New Berlin, WI 53151-2841
(414) 224-8404
FAX (414) 224-1279

June 28, 2012

The Honorable Susan V. Kelley
U.S. Bankruptcy Judge
517 E. Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4500

RE:     Markita M Jefferson and Joseph R Jefferson
           Chapter: 13
           Case No. 11-36919-SVK

Dear Judge Kelley:

      On April 02, 2012, the court entered an order granting relief if the above referenced debtor(s) failed to make any of the monthly mortgage payments to our client on or before the 16th day of each month. The debtor(s) failed to comply with the terms of the order and accordingly I attach my affidavit of default together with a proposed order for relief.

                                                Sincerely,
                                                Gray & Associates, L.L.P.

                                                /s/  Jay Pitner

                                                Jay Pitner

JJP/lat
Enclosures
cc:     Mary B. Grossman
        Chad L. Schomburg
        U.S. Trustee
        Markita M Jefferson and Joseph R Jefferson

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Joseph R Jefferson and Markita M Jefferson

Debtors.

Chapter: 13

Case No. 11-36919-SVK

## AFFIDAVIT OF DEFAULT IN PAYMENTS TO WELLS FARGO BANK, N.A.

STATE OF WISCONSIN   )
                     )ss
WAUKESHA COUNTY      )

Jay Pitner, being first duly sworn on oath deposes and says,

1. That he is the attorney for Wells Fargo Bank, N.A., it's successors and/or assignees, the movant in this matter, and has personal knowledge of the facts set forth herein based upon the mortgage loan documents and the client collection records in his possession.

2. That on April 02, 2012, the court signed an order pertaining to the movant's motion for relief from the automatic stay directing that monthly mortgage payments be made to the movant on or before the 16th day of the month in which said payment is due. A copy of said order is attached hereto and its contents are incorporated herein by reference.

3. That the debtor(s) failed to comply with the court's order by failing to make the payments beginning with the payment due on June 16, 2012.

Drafted by:
Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

4. That the movant's legal fees and costs associated with this affidavit of default are $150.00.

                                                             /s/ Jay Pitner
                                                             Jay Pitner

Subscribed and sworn to before me
this 28th day of June, 2012.

/s/ Laura Thoma
Laura Thoma, Notary Public
State of Wisconsin
My commission expires: 09/21/2014.