# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re: Joe & Markita Jefferson,
        Debtor.

Chapter 13
11-36919-SVK

---

## OBJECTION TO THE AFFIDAVIT OF DEFAULT OF WELLS FARGO BANK, N.A.

---

NOW COMES MICHAEL GEORG, Debt Advisors SC, Attorney for the Debtor, hereby states and represents that:

1. Debtors filed a Chapter 13 Bankruptcy on November 9, 2011.

2. Creditor holds a valid mortgage relative to Debtors' real property.

3. Creditor has filed an Affidavit of Default alleging that the Debtors have failed to comply with the Order of the Court, entered on April 2, 2012, to timely make all of their mortgage payments from April, 2012 through September, 2012

4. Subsequent to this Order, the debtors have tendered three payments to the mortgage company which have all posted to debtors' bank account.

5. As such, Debtors assert the Creditor in this matter is not entitled to the relief sought. If the Court is inclined to grant the relief requested by the Creditor, the Debtors request a hearing.

WHEREFORE, Debtors request that the Affidavit of the Creditor be denied or in the alternative that a hearing be set in this matter.

Dated: July 3, 2012 at Milwaukee Wisconsin.
/s/ Michael Georg
Michael Georg, #1029502
Debt Advisors SC
2222 N. Mayfair Rd., Ste. 150
Milwaukee, WI 53226

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In Re: Joe & Markita Jefferson,               Chapter 13
          Debtor.                              11-36919-SVK

---

## NOTICE OF OBJECTION TO THE AFFIDAVIT OF DEFAULT OF WELLS FARGO, N.A.

---

The Debtors, by and through their attorneys, have filed papers with the Court to Object to the Creditor's Affidavit of Default. A Copy of the Objection is attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The attorneys for the debtor have requested a hearing be set by the court in this matter. The notice of the hearing date and time will be sent as soon as it is assigned.

/s/ Michael Georg
Michael Georg, #1029502
Debt Advisors SC
2222 N. Mayfair Rd., Ste. 150
Milwaukee, WI 53226
Dated: November 11, 2009

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In Re: Joe & Markita Jefferson,**
**Debtor.**

**Chapter 13**
**11-36919-SVK**

---

## CERTIFICATE OF MAILING

---

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Objection to the Affidavit of Default of Wells Fargo, N.A. was electronically served or mailed to:

1.　　Judge Susan Kelley, via ECF

2.　　United States Trustee's Office, via ECF.

3.　　Gray & Associates, via ECF.

4.　　Mary Grossman, via ECF

5.　　Debtors.

Dated: July 3, 2012

/s/ Michael Georg
Michael Georg, #1029502
Debt Advisors SC
2222 N. Mayfair Rd., Ste. 150
Milwaukee, WI 53226