# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re: Joseph R. Jefferson and
Markita M. Jefferson,
Debtors

Chapter 13
Case No. 11-36919-SVK

## OBJECTION TO CITY OF MILWAUKEE WATER WORK'S MOTION FOR RELIEF FROM STAY

Debtors, Joseph and Markita Jefferson, by their attorneys of Debt Advisors SC, hereby object to the request for relief from the automatic stay and represent that:

1. Debtors filed a Chapter 13 Bankruptcy on November 9, 2011.
2. Creditor, City of Milwaukee Water Works provides water services to the Debtor's real property located at 11124 W. Daphne Street, Milwaukee, WI.
3. Creditor has argued that Debtors have fallen behind on their water bill.
4. Debtors acknowledge that payments were missed and have arranged for monthly payment to the City of Milwaukee to address the past due water bills.
5. Debtors will make all future payments to the City of Milwaukee Water Works on time.

**WHEREFORE**, Debtor requests that the motion of the Creditor be denied or in the alternative that a hearing be set in this matter.

Dated this 8th day of October, 2014

DEBT ADVISORS, S.C

By: /s/Laurie A. Bigsby
Laurie A. Bigsby, #1052969

Debt Advisors, S.C.
2600 N. Mayfair Rd., Ste. 700
Milwaukee, WI 53226
Tele (414) 755-2400
Fax (414) 257-0172